

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROBERT CROYSDILL, | § | No. 08-21-00191-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| OLD REPUBLIC INSURANCE COMPANY, | § | of El Paso County, Texas |
| | § | (TC# 2013-DCV1136) |
| Appellee. | § | |

## O R D E R

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on January 27, 2023.

IT IS SO ORDERED this 10th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.